DECISIONS PER CURIAM, FROM FEBRUARY 28, 1922, TO AND INCLUDING MAY 1, 1922, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. —, Original. *Ex parte:* IN THE MATTER OF JAMES C. CANTRILL ET AL., PETITIONERS. March 6, 1922. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Chapin Brown* and *Mr. Raymond Hudson* for petitioners.

No. —, Original. *Ex parte:* IN THE MATTER OF JAMES J. O'BRIEN, PETITIONER. March 6, 1922. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. James J. O'Brien* pro se.

No. —, Original. *Ex parte:* IN THE MATTER OF LINK-BELT COMPANY, PETITIONER. March 6, 1922. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Henry S. Robbins* and *Mr. Morris M. Townley* for petitioner.

No. 135. BANK OF STURGEON *v.* STANLEY PALMER. Error to the Supreme Court of the State of Missouri. Argued March 2, 1922. Decided March 6, 1922. *Per Curiam.* Dismissed for want of jurisdiction. § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Don C. Carter,* with whom *Mr. N. T. Gentry* was on the brief, for plaintiff in error. *Mr. Major J. Lilly,* with whom *Mr. James P. McBaine* and *Mr. Boyle G. Clark* were on the brief, for defendant in error.